**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                              NO. 4:15-CR-243-DPM

CHAD MORGAN CROCKETT                                       DEFENDANT

## <u>ORDER</u>

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release.  (Docket entry #17)  For good cause shown, the motion for issuance of summons is GRANTED.  The Clerk is directed to issue summons to Defendant Chad Morgan Crockett, and deliver to the United States Marshal for execution, requiring Defendant's appearance at a hearing before United States Magistrate Judge Beth Deere on April 26, 2016, at 10:00 a.m., at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201, in Courtroom 1D, to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 15th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE