# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                      NO. 4:15-CR-243-2-DPM

CHAD MORGAN CROCKETT                                                                     DEFENDANT

## ORDER

Pending before the Court is a motion for issuance of a summons and for revocation of pretrial release. (Docket entry #27) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue a summons to Defendant Chad Morgan Crockett, and deliver it to the United States Marshal for execution. The summons must require Defendant's appearance at a hearing before Magistrate Judge Beth Deere on November 10, 2016, at 9:30 a.m., at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201, Courtroom 1D, to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 31st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE