# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                    **NO. 4:15-CR-243-2-DPM**

**CHAD MORGAN CROCKETT**                                                                **DEFENDANT**

## ORDER

    Defendant Chad Morgan Crockett has filed an unopposed motion to continue the bond revocation hearing scheduled for November 10, 2016, due to recent surgery. For good cause shown, the motion is GRANTED. The bond revocation hearing is rescheduled for December 1, 2016, at 10:00 a.m.

    DATED this 8th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE